# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

| | | |
|---|---|---|
| KAMEL K. ROY | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 10-cv-4069 |
| BARACK OBAMA, et al., | ) ) | |
| Defendants. | ) ) | |

## O P I N I O N and O R D E R

Before the Court are the Complaint (Doc. 1) and the Motion to Proceed in forma pauperis (Doc. 2) filed by Plaintiff, Kamel K. Roy. The Motion to Proceed in forma pauperis is GRANTED for the limited purpose of this Order. This matter is DISMISSED WITH PREJUDICE.

Title 28 U.S.C. § 1915 allows any person to proceed in Federal Court without the prepayment of filings fees provided that an affidavit is submitted showing that the litigant is incapable of payment. The affidavit submitted with Plaintiff's Motion is a jumble of information that offers no real insight into Plaintiff's financial status. From what can be gleaned, it appears that Plaintiff is receiving disability compensation benefits in addition to a pension.

In any event, § 1915(e)(2) further provides that notwithstanding the payment of any filing fee, the Court may dismiss an action if it is frivolous or fails to state a claim upon which relief may be granted. The Complaint is unintelligible and it is wholly unclear what Plaintiff is complaining of and how this Court would have

jurisdiction over any such complaints. The Complaint fails to state a claim upon which relief may be granted and must be dismissed, with prejudice.


Entered this 14th day of October, 2010

                                                                                               s/ Joe B. McDade  
                                                                                              JOE BILLY MCDADE  
                                                          United States Senior District Judge